IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JOSEPH GARCIA,

      Plaintiff,                              No. CIV S-05-2615 DFL GGH P

    vs.

C.O. LUNES, et al.,

      Defendants.                         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The gravamen of the alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).[1]

/////

---

[1] Plaintiff, who is housed at California State Prison-Corcoran, generally complains regarding conditions at Corcoran. Nine of the fifteen defendants are located at California State Prison-Corcoran. The other six defendants are located in Sacramento and are employed by the California Department of Corrections. Plaintiff generally complains that the Sacramento defendants improperly denied his administrative appeals and engaged in a conspiracy with the other defendants. Because the gravamen of plaintiff's claims occurred in Kings County and because it appears that the claims against the Sacramento defendants are most likely legally frivolous, the court finds that transfer of this action to the Fresno Division is appropriate.

1

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: 2/14/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gar2615.22

2